Gerson L. Kahn *v.* James Maguire and Charles A. Maguire, Appellants.

Argued Dec. 14, 1897. Appeal, No. 152, Oct. T., 1897, by defendants, from judgment of C. P. No. 4, Phila. Co., June T., 1897, No. 830, in favor of plaintiff, for want of a sufficient affidavit of defense. Before RICE, P. J., WICKHAM, BEAVER, REEDER, ORLADY, SMITH and PORTER, JJ. Reversed.

The facts in this case are similar to those in the preceding case, and the cases were argued together.

*John K. Andre* with him *Henry F. Walton,* for appellant.

*Samuel K. Louchheim,* for appellee.

OPINION BY BEAVER, J., February 19, 1898:

In the case of Louchheim v. Maguire, we have this day filed an opinion, in which it was held that the affidavit of defense therein filed was sufficient, and that the entry of judgment should have been stayed, in consequence thereof. The facts of this case are similar and, for the reasons stated in the former case, we enter the same judgment. (See ante, p. 635.)

Judgment reversed and procedendo awarded.